UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JERRY FRITH,

                      Plaintiff,

       -against-                   :      **ORDER**

NEW YORK CITY POLICE DEPARTMENT,      :

                                 :

                 Defendant.
-------------------------------------------------------------------X

*[stamp:]* USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: 07-Civ. 5899 (JSR) (DF) / 3/2/08

**DEBRA FREEMAN, United States Magistrate Judge:**

      *Pro se* plaintiff Jerry Frith ("Plaintiff") having initiated this action by filing a motion for

return of seized property, pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure, in

connection with his federal criminal proceeding, *United States v. Frith*, 02 Cr. 733 (JSR)[1]; and

the Court (Rakoff, J.) having directed the Clerk of the Court to deem Plaintiff's motion a civil

"complaint" (Dkt. 11); and Plaintiff having now sought leave to amend his complaint (*see*

Plaintiff's "Motion to Amend or Leave to Amend and Memorandum of Law in Opposition to

Defendant's Motion to Dismiss," dated Feb. 28, 2008); and no defendant having yet served an

answer to the complaint; it is hereby ORDERED that:

      Plaintiff's motion for leave to amend his complaint is GRANTED.  Plaintiff is directed to

file, through the Court's *Pro Se* Office, an Amended Complaint, naming in the caption of his

pleading all defendants against whom he wishes to proceed, and setting out, in the body of his

---

      [1] Although Plaintiff cited Rule 41(e) as the applicable rule, the applicable rule is actually Rule 41(g). *See United States v. Gotti*, 244 F. Supp. 2d 120, 133 (E.D.N.Y. 2003) (explaining that Rule 41(e) was revised and relocated to Rule 41(g) in 2002).

3/2 4/08