

JUN 24 2008

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MARY O'SULLIVAN
Phone: (212) 788-1003
Fax: (212) 791-9714
mosulliv@law.nyc.gov

June 23, 2008

VIA FACSIMILE (212) 805-4258 (2 pages)
Hon. Debra Freeman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   Frith v. Corey Hill, individually and as special agent of the ATF, Det. Tonia Hall, individually and as property clerk of the NYPD, Evan Bonfimld, individually and as property clerk of the NYPD, and Michael Henley individually and as property clerk of the NYPD, 07-CV-5899 (JSR)

Your Honor:

This office represents the New York City Police Department (the "NYPD"), formerly a defendant in the above-referenced litigation. I am writing to request that the Court extend until July 31, 2008 the time to respond to the amended complaint, as to those newly-named defendants who were employees of the NYPD's Property Clerk Division at the time of the subject incident.

As per the previous telephone conferences held with the Court on February 4, 2008 and April 11, 2008, plaintiff Jerry Frith amended his complaint to add four individual defendants and was to provide copies of the amended complaints to the U.S. Marshal for service on the new defendants.

Yesterday I learned that an amended complaint for Det. Tonia Hall was received by mail by the NYPD Property Clerk Division, but that Det. Hall has retired from service. I have not as yet received from the NYPD the original documentation received via mail, so I do not yet know the actual date of receipt. So that I may further investigate with the NYPD the date of receipt of the amended complaint mailed to the Property Clerk Division, the current address of Det. Hall, whether or not amended complaints have been served on the other NYPD-named employees, and whether this office will offer representation to these employees, pursuant to General Municipal Law §50-k, I respectfully request that the Court extend until July 31, 2008, the time to respond to the amended complaint.

SO ORDERED:    DATE: 6/25/08

*/s/ Debra Freeman*

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

Thank you for your consideration.

Respectfully submitted,

Mary O'Sullivan (MO-8495)
Assistant Corporation Counsel

cc: VIA FIRST CLASS MAIL
Jerry Frith, *pro se*
Reg. #53517-054
Federal Correctional Institution
P.O. Box 2000
Fort Dix, New Jersey 08640

VIA FACSIMILE without attachments and FIRST CLASS MAIL
Steven D. Feldman, Asst. U.S. Attorney
U.S. Department of Justice
S.D.N.Y.
One Saint Andrew's Plaza
New York, NY 10007