

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

MARY O'SULLIVAN
Phone: (212) 788-1003
Fax: (212) 791-9714
mosulliv@law.nyc.gov

MEMO ENDORSED

July 29, 2008

**VIA FACSIMILE** (212) 805-4258 (2 pages)
Hon. Debra Freeman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **Frith v. Corey Hill, individually and as special agent of the ATF, Det. Tonia Hall, individually and as property clerk of the NYPD, Evan Bonfimld, individually and as property clerk of the NYPD, and Michael Henley individually and as property clerk of the NYPD, 07-CV-5899 (JSR)**

Your Honor:

This office represents the New York City Police Department (the "NYPD"), formerly a defendant in the above-referenced litigation. I am writing to request that the Court extend the time to respond to the amended complaint, as to those newly-named defendants who were employees of the NYPD's Property Clerk Division at the time of the subject incident. This is my second request for an extension. The Court granted my first request for an extension until July 31, 2008, by endorsement dated June 25, 2008.

I am still in the process of investigating with the NYPD whether or not amended complaints have been served on the individuals who were employees of the NYPD on the incident date, and whether this office will offer representation to these employees, pursuant to General Municipal Law §50-k.

Based on the foregoing, I respectfully request that the Court extend until August 15, 2008, the time to respond to the amended complaint.

SO ORDERED:    DATE: 7/30/08

*[signature]*

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

7/30/08
Freeman

Thank you for your consideration.

Respectfully submitted,

*[signature]*

Mary O'Sullivan (MO-8495)
Assistant Corporation Counsel

cc:  VIA FIRST CLASS MAIL
Jerry Frith, *pro se*
Reg. #53517-054
Federal Correctional Institution
P.O. Box 2000
Fort Dix, New Jersey 08640

VIA FACSIMILE without attachments and FIRST CLASS MAIL
Andrew McNeela, Asst. U.S. Attorney     (212) 637 2750
U.S. Department of Justice
S.D.N.Y.
86 Chambers Street
New York, NY 10007