

AUG 1_ 2008

JERRY Frith #53517-054
F.C.I.
P.O. Box 2000
Fort Dix, NJ 08640

Hon. Debra Freeman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

August 7, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08
```

Re: Frith v. Hill, et al.,
    07 Civ. 5899 (JSR)(DF)

Your Honor:

    I am requesting that the Court extend until October 15, 2008, the time to serve the defendants.

    Yesterday, I received a letter in response to my motion for a certificate of default from the AUSA assigned to represent Hill. Attached was a Process receipt filed in the Court. Therefrom, I learned the United States Marshals attempted service at an address that the ATF has not had an office at for approximately a decade. I also learned that the Process Receipt filed in the court is void on any indication that service was made by leaving a copy ~~and of~~ the summons and complaint with a person of suitable age

and discretion then residing in Hill's usual place of abode.

This is particularly troublesome, because the yellow Process Receipt I received indicates otherwise, as the check box is marked. In order for me to assure that Hill was properly served an extension is necessary to allow me time to seek the ATF address, an affidavit from the U.S. Marshals affirming that service was made at Hill's usual place of abode and or to effect service properly.

Thank you for your consideration.

Respectfully submitted
Jerry Frith

Plaintiff's request for an extension of time to serve defendant Hill is granted, for good cause shown. See Fed. R. Civ. P. 4(m). Plaintiff may have until October 15, 2008, as requested, to serve this defendant.

SO ORDERED:    DATE: 8/20/08

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

MEMO ENDORSED