**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------

JERRY FRITH,

    Plaintiff,

-against-

HILL, et al.,

    Defendant.

---------------------------------

07 Civ. 5899 (JSR)

*Denied as moot, in light of plaintiff's letter of Aug 7, 2008, requesting additional time to effect proper service on defendant Hill.*

SO ORDERED:  DATE: 8/20/08

/s/ Debra Freeman
**DEBRA FREEMAN**
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

U.S. DISTRICT COURT FILED JUL 23 2008 S.D. OF N.Y.

PRO SE OFFICE

## MOTION FOR CERTIFICATE OF DEFAULT

Comes now, the above named plaintiff seeking a certificate of default pursuant to Rule 55(a) Fed. R. Civ. P., against, Corey Hill, a defendant in this action, for failure to file a answer to the complaint and summons seved upon him personally on May 7, 2008, in accordance to Rule 4(e)(2)(b) and Rule 4(i)(A)(ii). As proof of service, a copy of the United States Marshals Return Process Receipt and the docket sheet is enclosed.

The time to respond to the complaint has expired, and the defendant has not answered or made a motion, nor has defendant been granted an extension. Defendant is now in default. Therefore, plaintiff is requesting a "Clerk's Certificate" noting the default of the defendant.

DATED: 7/18/08

Respectfully submitted

s/ *Jerry Frith*
JERRY FRITH

CERTIFICATE OF SERVICE

I certify under the penalty of perjury that on  7/18/08
I mailed a copy of this motion and all attachments via first class
mail to the following parties at the addresses listed below:

Andrew M. McNeela
Assistant United States Attorney
Southern District of New York
U.S. Department of Justice
86 Chambers Street, 3rd Floor
New York, New York 10007

Sincerly

JERRY FRITH

United States Marshals Service                    on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEFENDANT | TYPE OF PROCESS |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

```
Jerry Frith #53517-054
FCI - Fort Dix
PO Box 2000
Fort Dix, NJ 08640
```

| Number of process to be served with this form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                      Fold

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☒ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address (complete only if different than shown above) | Date of Service: 5-7-08   Time: am/pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS: SERVED BY CERTIFIED MAIL
RECEIPT #
RECEIPT #
DATE MAILED

U.S. ATTORNEY

NOTE

PRIOR EDITIONS MAY BE USED       3. NOTICE OF SERVICE       FORM USM-285 (Rev. 12/15/80)