```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
JERRY FRITH,                         :
                                     :
              Plaintiff,             :     07 Civ. 5899 (JSR)
                                     :
         -v-                         :           ORDER
                                     :
COREY HILL, individually and the CITY :
OF NEW YORK,                         :
                                     :
              Defendants.            :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

On August 6, 2009, the Honorable Debra Freeman, United States Magistrate Judge, issued a Report and Recommendation in this case. Plaintiff Jerry Frith has filed an objection. Defendant Corey Hill now requests, with plaintiff's consent, an extension of time to respond to plaintiff's objection until September 16, 2009. This application is hereby granted.

SO ORDERED.

Dated: New York, NY
       August 24, 2009

                                         _____
                                         JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-26-09