UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
JERRY FRITH,                            :
                                        :
            Plaintiff,                  :
                                        :     07 Civ. 5899 (JSR)
        -v-                             :
                                        :     ORDER
THE CITY OF NEW YORK,                   :
                                        :
            Defendant.                  :
----------------------------------------x

JED S. RAKOFF, U.S.D.J.

On July 7, 2011, the Honorable Debra Freeman, United States Magistrate Judge, issued a Report and Recommendation ("Report") in the above-captioned matter recommending that the Court deny the parties' respective motions for summary judgment in their entirety. Both parties filed timely objections to the Report, and, accordingly, the Court reviewed the Report, the parties' objections, and the underlying record de novo. Having done so, the Court finds itself in complete agreement with the well-reasoned Report, which the Court hereby adopts by reference. Thus, for the reasons stated in the Report, the Court hereby denies both motions.

SO ORDERED.

Dated: New York, NY
       August 6, 2011

                                     _____
                                     JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/11